

# Installation /User Manual
## APsmart Rapid Shutdown System    Rev2.2  2021/3/27

RSD-S-PLC
TRANSMITTER-PLC
TRANSMITTER-PLC OUTDOOR KIT



© All Rights Reserved

# TABLE OF CONTENTS

IMPORTANT SAFETY INSTRUCTIONS----------------------------------------------------------1
RSD PRODUCTS----------------------------------------------------------------------------2
TRANSMITTER PRODUCTS--------------------------------------------------------------------3
SYSTEM WIRING DIAGRAM-------------------------------------------------------------------4
RSD-S-PLC INSTALLATION------------------------------------------------------------------6
TRANSMITTER-PLC INSTALLATION -----------------------------------------------------------9
TECHNICAL DATA—RSD-S-PLC--------------------------------------------------------------12
TECHNICAL DATA—TRANSMITTER-PLC--------------------------------------------------------13
TECHNICAL DATA—TRANSMITTER-PLC-OUTDOOR KIT--------------------------------------------14
ORDERING INFORMATION ------------------------------------------------------------------15

# IMPORTANT SAFETY INSTRUCTIONS

This manual contains important instructions to be followed during installation and maintenance of the APsmart RSD-S-PLC and Transmitter. To reduce the risk of electrical shock and ensure the safe installation and operation of the APsmart RSD-S-PLC and Transmitter, the following symbols appear throughout this document to indicate dangerous conditions and important safety instructions.



## Safety Instructions

- Do NOT disconnect the PV module from the RSD-S-PLC without first disconnecting the AC power.
- Only qualified professionals should install and/or replace the APsmart RSD-S-PLC.
- Perform all electrical installations in accordance with local codes.
- Before installing or using the RSD-S-PLC, please read all instructions and cautionary markings in the technical documents.
- Be aware that the body of the operating RSD-S-PLC is a heat sink and can reach high temperature. To reduce risk of burns, do not touch the body of the RSD-S-PLC.
- Do NOT attempt to repair the RSD-S-PLC. If it fails, contact APsmart Customer Support to obtain an RMA number and start the replacement process. Damaging or opening the RSD-S-PLC will void the warranty.

The power supply of the Transmitter-PLC and the inverter MUST be on the same AC branch circuit as the inverter to meet rapid shutdown requirements.

### Qualified personnel:

Person adequately advised or supervised by an electrically skilled person to enable him or her to perceive risks and to avoid hazards which electricity can create. For the purpose of the safety information of this manual, a "qualified person" is someone who is familiar with requirements for safety, electrical systems and EMC and is authorized to energize, ground, and tag equipment, systems, and circuits in accordance with established safety procedures. The inverter and balance of system may only be commissioned and operated by qualified personnel.

# RSD PRODUCTS

## RSD-S-PLC



· Meets NEC 2017&2020 (690.12) requirements
· Executes rapid shutdown of system when Transmitter-PLC signal is absent
· Meets SunSpec requirements

The RSD-S-PLC meets SunSpec requirements, maintaining normal function by continually receiving a heartbeat signal from the APsmart Transmitter. The RSD-S-PLC executes rapid system shutdown when the Transmitter signal is absent. Users can manually execute rapid shutdown using the Transmitter breaker switch.

# TRANSMITTER PRODUCTS
## Transmitter-PLC



- Meets NEC 2017&2020 (690.12) requirements
- Switching off Transmitter-PLC results in rapid shutdown of the output of PV modules
- Meets SunSpec requirements
- Equipped with single/dual core
- Optional 85-264VAC power supply
- Optional 180-550VAC power supply

## Transmitter-PLC-Outdoor Kit



- Meets NEC 2017&2020 (690.12) requirements
- Switching off Transmitter-PLC results in rapid shutdown of the output of PV modules
- Meets SunSpec requirements
- Equipped with single/dual core
- Optional 85-264VAC power supply
- Optional 180-550VAC power supply

# SYSTEM WIRING DIAGRAM

The APsmart Rapid Shutdown System Transmitter-PLC is part of a rapid shutdown solution when paired with APsmart RSD-S-PLC, a PV module rapid shutdown unit. While powered on, the Transmitter-PLC sends a signal to the RSD-S-PLC units to keep the PV modules connected and supplying energy.

RSD-S-PLC units automatically enter rapid shutdown mode when the Transmitter-PLC is switched off and resume energy production when power is restored to the Transmitter-PLC. This solution complies with NEC 690.12 specifications for 2017 & 2020 and supports the SunSpec signaling for rapid shutdown.

The Transmitter-PLC includes one or two cores and an optional power supply: 85-264VAC for residential, 180-550VAC for commercial.

Transmitter-PLC Outdoor Kit includes a Transmitter-PLC with one or two cores, outdoor enclosure, 85-264VAC or 180V-550VAC power supply. It could be used in residential or commercial projects.



① RSD-S-PLC
② Transmitter-PLC
③ Inverter



① RSD-S-PLC
② Transmitter-PLC-Outdoor Kit
③ Inverter



① RSD-S-PLC
②  Inverter*
* Inverter in diagram includes an integrated SunSpec-certified Rapid Shutdown Transmitter.

# RSD-S-PLC INSTALLATION

## INSTALLATION NOTES

Installation MUST comply with local regulations and technical rules：

① Perform all electrical installations in accordance with local codes.
② Be aware that only qualified professionals should install and/or replace the RSD-S-PLC.
③ Before installing or using an RSD-S-PLC, please read all instructions and warnings in the technical documents and on the inverter system itself as well as on the PV array.
④ Be aware that installation of this equipment includes the risk of electric shock.
⑤ Do not touch any live parts in the system, including the PV array, when the system has been connected to the electrical grid.
⑥ Ensure the PV module and inverter have been disconnected before installing an RSD-S-PLC.

①Be sure to verify the voltage and current specifications of your PV module match with those of the RSD-S-PLC.
②The maximum open circuit voltage of the PV module must not exceed the specified maximum input voltage of the APsmart RSD-S-PLC.

## Additional installation components from APsmart

· DC extension cable (sold separately)

## Required parts and tools to complete the installation

In addition to your PV array and its associated hardware, you will need a torque wrench and a Phillips screwdriver.

# Step 1: Install the RSD-S-PLC.



**Note: Both installation methods can be used anywhere on the PV module frame.**

**Step 2: According to the PV module arrangement, connect the output port of the RSD-S-PLC and connect the input port to the junction box.**



NOTE: Do not short-circuit the RSD ( RSD string )  output cable.

**Step 3: Connect the output ports of two adjacent RSD-S-PLCs in series and then connect to the inverter with a self-made DC extension cable.**



# TRANSMITTER-PLC INSTALLATION



Note: If there is only one core needed, connect using Core 1 terminal.

The power supply of the Transmitter-PLC and the inverter must be on same AC branch circuit as inverter to meet rapid shutdown requirements.

During operation, the Power LED should be lit and the Signal LED should be blinking. If the Transmitter-PLC fails to work, the Signal LED will not be blinking. If the Power LED is also not lit, check the power supply first.

Note: Install the RSD-S-PLC before powering the Transmitter-PLC.

• Mount Transmitter-PLC and power supply on DIN rail
• Connect DC leads from power supply to Transmitter-PLC
• Connect single/dual core(Core 1 and Core 2) to Transmitter-PLC

Place rapid shutdown system label no more than 1m (3ft) from Transmitter-PLC or AC disconnect if not at same location.



Note: Install the RSD-S-PLC before powering the Transmitter-PLC.

- Pass either positive or negative cables through cores
  (either both positive cables or both negative cables. Do not use one positive and one negative cable.)
- Connect wires to AC side of power supply

Max number of Strings Per Core :

| DC cable Diameter | Φ5.9mm | Φ6.35mm | Φ7mm | Φ8.6mm |
|---|---|---|---|---|
| Number Of Strings Per Core (without connector) | ≤15 | ≤15 | ≤14 | ≤10 |

Max string length: **30 modules**

Max current per core: **150A**

Max cable length from inverter(+) to inverter(-) : **1000ft (300m)**

## Drilling Guide for .75" Conduit



## Drilling Guide for 1" Conduit



# TECHNICAL DATA—RSD-S-PLC

| Model | RSD-S-PLC |
|---|---|
| **Input Data (DC)** | |
| Input Operating Voltage Range | 8-80V |
| Maximum Cont. Input Current (Imax) | 15A |
| **Output Data (DC)** | |
| Output Operating Voltage Range | 8-80V |
| Maximum System Voltage | 1000V/1500V |
| **Mechanical Data** | |
| Operating Ambient Temperature Range | -40 °F to +185 °F (-40 °C to + 85 °C) |
| Dimensions (without cable & connectors) | 5″ x 1.2″ x 0.6″(129 mm x 30 mm x 16 mm) |
| Cable Length | Input 250mm/Output 1200mm |
| Cable Cross Section Size | TUV:4mm$^2$/UL:12AWG |
| Connector | MC4 or Customize |
| Enclosure Rating | NEMA Type 6P/IP68 |
| Over Temperature Protection | Yes |
| **Features & Compliance** | |
| Communication | PLC |
| Safety Compliance | NEC 2017 & 2020 (690.12); UL1741; CSA C22.2 No. 330-17; IEC/EN62109-1; 2PFG2305 |
| EMC Compliance | FCC Part15; ICES-003;IEC/EN61000-6-1/-2/-3/-4 |

# TECHNICAL DATA—TRANSMITTER-PLC

| Model | Transmitter-PLC | | | |
|---|---|---|---|---|
| **Main electrical data** | | | | |
| Input Voltage | 12VDC | | | |
| Input Current | 0.8A | | | |
| Communication | PLC | | | |
| **Power Supply** | | | | |
| Residential ( optional ) | 85-264VAC Input, 12VDC Output, 90 mm x 17.5 mm x 58.4 mm | | | |
| Commercial ( optional ) | 180-550VAC Input, 12VDC Output, 125.2 mm x 32 mm x 102 mm | | | |
| **Core data** | **29mm Core** | | **11mm Core** | |
| Max. Current | 150A Per core | | 75A Per core | |
| Max. System Voltage | 1500VDC | | 1500VDC | |
| Internal Opening for Wires/Outside Dimensions | ~29mm/65mm | | ~11mm/35mm | |
| Max. Supported PV Modules per String | 30 modules | | 30 modules | |
| **Number Of Strings Per Core** | | | | |
| DC Cable Diameter(without connector) | Φ5.9mm | Φ6.35mm | Φ7mm | Φ8.6mm |
| 29mm Core | ≤15 | ≤15 | ≤14 | ≤10 |
| 11mm Core | ≤6 | ≤5 | ≤4 | ≤2 |
| **Environmental** | | | | |
| Temperature | -40℃ ~ +100℃ | | | |
| **Structure data** | | | | |
| Dimensions (W x H x D) | 90 mm x 35 mm x 40 mm | | | |
| Enclosure Environmental Rating | IP30 | | | |
| **Features & Compliance** | | | | |
| Safety Compliance | NEC 2017 & 2020 (690.12); UL1741; CSA C22.2 No. 330-17 | | | |
| EMC Compliance | FCC Part15; ICES-003 | | | |

# TECHNICAL DATA—TRANSMITTER-PLC-OUTDOOR KIT

| Model | Transmitter-PLC-Outdoor Kit | | | |
|---|---|---|---|---|
| **Main electrical data** | | | | |
| Input Voltage | 12VDC | | | |
| Input Current | 0.8A | | | |
| Communication | PLC | | | |
| **Power Supply** | | | | |
| Residential ( optional ) | 85-264VAC Input, 12VDC Output, 90 mm x 17.5 mm x 58.4 mm | | | |
| Commercial ( optional ) | 180-550VAC Input, 12VDC Output, 125.2 mm x 32 mm x 102 mm | | | |
| **Core data** | | | | |
| Max.Current | 150A Per core | | | |
| Max. System Voltage | 1500VDC | | | |
| Internal Opening for Wires/Outside Dimensions | ~29mm/65mm | | | |
| Max. Supported PV Modules per String | 30 modules | | | |
| **Number Of Strings Per Core** | | | | |
| DC Cable Diameter(without connector) | Φ5.9mm | Φ6.35mm | Φ7mm | Φ8.6mm |
| 29mm Core | ≤15 | ≤15 | ≤14 | ≤10 |
| **Environmental** | | | | |
| Temperature | -40℃ ~ +60℃ | | | |
| **Structure data** | | | | |
| Dimensions (W x H x D) | 198.5 mm x 298 mm x 179 mm | | | |
| Enclosure Environmental Rating | IP30 | | | |
| **Features & Compliance** | | | | |
| Safety Compliance | NEC 2017 & 2020 (690.12); UL1741; CSA C22.2 No. 330-17 | | | |
| EMC Compliance | FCC Part15; ICES-003 | | | |

# ORDERING INFORMATION

## Transmitter-PLC

| | |
|---|---|
| 406000 | 29mm Dual Core Transmitter-PLC (no power supply) |
| 406001 | 29mm Single Core Transmitter-PLC (no power supply) |
| 406002 | 11mm Dual Core Transmitter-PLC (no power supply) |
| 406003 | 11mm Single Core Transmitter-PLC (no power supply) |
| 408004 | Single Core Transmitter-PLC Outdoor Kit, 180-550VAC Power Supply |
| 408005 | Dual Core Transmitter-PLC Outdoor Kit, 180-550VAC Power Supply |
| 408006 | Single Core Transmitter-PLC Outdoor Kit, 85-264VAC Power Supply |
| 408007 | Dual Core Transmitter-PLC Outdoor Kit, 85-264VAC Power Supply |

## RSD-S-PLC

| | |
|---|---|
| 415002 | 1500V UL/1000V TUV, 1.2m cable, MC4 |
| 415001 | 1000V UL/TUV, 1.2m cable, Customized connector |